IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JUAN CARLOS MARTIN-LOPEZ,<br>    Movant,<br>v.<br><br>UNITED STATES OF AMERICA,<br>    Respondent. | CRIMINAL CASE NO.<br>1:07-cr-257-03-JEC-GGB<br><br>CIVIL ACTION FILE NO.<br>1:12-cv-367-JEC-GGB |

## **ORDER**

This case is before the Court on the Magistrate Judge's Final Report and Recommendation [946] recommending denying movant's Motion to Vacate Sentence [920] and denying as moot movant's Motion to Obtain Transcripts [921]. No objections to the Report and Recommendation [946] have been filed. The Court has reviewed the Final Report and Recommendation [946] on the merits and finds the magistrate judge's conclusions to be well-founded.

IT IS HEREBY ORDERED that the Court **ADOPTS** the Magistrate Judge's Final Report and Recommendation [946] **DENYING** movant's Motion to Vacate Sentence [920] and **DENYING as moot** movant's Motion to Obtain Transcripts [921]. It is further Ordered that a certificate of appealability is **DENIED.**

SO ORDERED, this 9th day of JANUARY, 2013.


                              /s/ Julie E. Carnes
                              JULIE E. CARNES
                              CHIEF U.S. DISTRICT JUDGE

AO 72A
(Rev.8/82)